IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL J. FOLEY, | No. C 12-00625 RS |
| Plaintiff, | **ORDER ASSIGNING CASE TO MAGISTRATE JUDGE JAMES** |
| v. | |
| PATRICK R. DONAHOE, | |
| Defendant. | |

Based on the consent of all parties involved, this matter shall be hereby reassigned to Magistrate Judge James for all further proceedings. Upon reassignment, the pending motion to dismiss shall be re-noticed.

IT IS SO ORDERED.

Dated: 6/20/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

ORDER